*ORIGINAL*

FILED _____ LODGED
RECEIVED _____ COPY

APR 2 2 2020

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

for the

_____ District of *ARIZONA*

_____ Division

| | |
|---|---|
| *LARRY L. MOORE,*<br>*BENEFICIARY*, Plaintiff(s)<br>(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)<br><br>-v-<br><br>*FIRST TRANSIT BUS CO ET AL*,<br>Defendant(s)<br>(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Case No.  **CV20-00790-PHX-JJT**<br>(to be filled in by the Clerk's Office)<br><br>Jury Trial: (check one) ☐ Yes ☒ No |

## COMPLAINT FOR A CIVIL CASE ALLEGING NEGLIGENCE

### (28 U.S.C. § 1332; Diversity of Citizenship) *BREACH OF CONTRACT (SEE ATTACHED)*

I.   **The Parties to This Complaint**

A.   **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | *LARRY L. MOORE* |
| Street Address | *925 W BASELINE RD #105 R5* |
| City and County | *TEMPE      MARICOPA* |
| State and Zip Code | *ARIZONA      85283* |
| Telephone Number | *480-410-2553* |
| E-mail Address | |

B.   **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

Defendant No. 1

Name      *First Transit Bus Company*

Job or Title *(if known)*      *Claims Dept / Risk Mngmnt.*

Street Address      *405 N 79th Ave*

City and County      *Phoenix, Maricopa County,*

State and Zip Code      *Arizona 85843*

Telephone Number      *623-474-8900*

E-mail Address *(if known)*      *Claim 0024565 96029 AB-01*

Defendant No. 2

Name      *First Group America*

Job or Title *(if known)*      *Risk Mngmnt.*

Street Address      *2221 E Lamar Blvd Suite 800*

City and County      *Arlington, TX*

State and Zip Code      *Texas 76006*

Telephone Number      *866-678-5977-*

E-mail Address *(if known)*      *Claim # 0024565 96 029 AB-01*

Defendant No. 3

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000.  In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.  Explain how these jurisdictional requirements have been met.

### A.    The Plaintiff(s)

1.    If the plaintiff is an individual

The plaintiff, *(name)* _LARRY L. MOORE_, is a citizen of the State of *(name)* _ARIZONA_.

2.    If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

and has its principal place of business in the State of *(name)* _____

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B.    The Defendant(s)

1.    If the defendant is an individual

The defendant,  *(name)* _____, is a citizen of the State of *(name)* _____.  Or is a citizen of *(foreign nation)* _____

2.    If the defendant is a corporation

The defendant,  *(name)* _FIRST TRANSIT Bus Company_ is incorporated under the laws of the State of *(name)* _OHIO_, and has its principal place of business in the State of *(name)* _CINCINNATI, OHIO_

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

## III.   Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

On *(date)* _May 1, 2019_ , at *(place)* _LONE BUTTE CASINO / BUS STOP_ ,
the defendant(s): (1) performed acts that a person of ordinary prudence in the same or similar circumstances would not have done; or (2) failed to perform acts that a person of ordinary prudence would have done under the same or similar circumstances because *(describe the acts or failures to act and why they were negligent)*

_AFTER THERAPY CARE TREATMENT - SARA CLAIM REP_
_AGREED TO SETTLE INJURY CLAIM, GALLAGHER BASSETT SERV._
_INSURANCE / FAILED TO UPHOLD AGREEMENT. (SEE ATTACHED)._
_INJURED IN BUS / FIRST TRANSIT BUS COMPANY._

The acts or omissions caused or contributed to the cause of the plaintiff's injuries by *(explain)*

_FAILING TO CARRY OUT TERMS OF AGREEMENT_
_NONCONFORMING PERFORMANCE (SEE ATTACHED.)._
_MAY RETURN FOR FURTHER TREATMENT._

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

_SEE ATTACHED:_
_PAID: $386.~ (CHECK)_
_CHECK SENT $13,750.~ (NOT RECEIVED)_
_SETTLEMENT AGREEMENT_
_BALANCE OWED $34,446 (BREACH OF CONTRACT)_
_$35,000 (SARA ROSAMOND)_
_AMOUNT SUE(ING) $250,000 U.S.D._
_BREACH OF CONTRACT._
_(SEE: ATTACHED)_

## V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   4-20-2020

Signature of Plaintiff

Printed Name of Plaintiff   Larry L. Moore

### B.   For Attorneys

Date of signing:   N/A

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

SEE ATTACHED
p. 4

UNITED STATES DIST COURT

FOR THE

STATE OF ARIZONA

LARRY L. MOORE,
    BENEFICIARY-PLAINTIFF,

v.

FIRST TRANSIT BUS CO. ETAL,
    TRUSTEES - DEFENDANT,

BREACH OF CONTRACT /
BUS INJURY - ACCIDENT,
TENDERING NON CONFORMING PERF.

"SUE FOR DAMAGES."
(COMPENSATORY DAMAGES)

ON MAY 1ST, 2019 - BUS 6074, WHILE ENTERING
THE BUS @ FRONT, / THE BUS DRIVER OPENS THE DOOR, AT THE
SAME-TIME (LOOKING AWAY), I WAS STEPPING ONTO THE BUS,
NOT KNOWING THE BUS DRIVER / HIT THE CONTROL TO LOWER THE
BUS, THE HYDROLIC SYSTEM WAS FAULTY, SYSTEM FAILED,. THE
BUS "THRUST" DOWNWARD DANGEROUSLY / DROPPED, THROWING ME
BACKWARD. MY LEFT KNEE & CHIN IN AND OUT / BARELY EX-
SCAPING A "TERMINAL INJURY". AS THE VICTIM IN THIS

1/3

BUS ACCIDENT, HAS GONE AND TORN STRESSFUL, CLOSE TO TER
MINAL INJURY. APPX 3 MONTHS OF THERAPY - 3 TIMES A WEEK
TO RECOVERY, STILL HAVING NUMBNESS, É SOMETIME LOCKING-
UP IN PLACE, É STIFFNESS, UNSETTLED, NO COMPENSATION.

   "SARAH ROSAMEND" WAS ASSIGNED AS A CLAIMS REP.
ASSIGNED BY GALLEHGER BASSETT INS SERV. TO SETTLE
MY CLAIM HAS THREATEN ITS WAY IN ADJUDICATIVE COSTS.
AT THE REQUEST OF THE SECRETARY, THE ATTORNEY
GENERAL SHALL COMMENCE AN ACTION ON BEHALF OF THE
FUND TO ANY CLAIMANT PURSUANT TO THIS ACT.— SUCH
AN ACT MAY BE COMMENCED AGAINST FIRST TRANSIT BUS
COMPANY (RESPONSIBLE PARTY), CANNOT CONTRADICT (FINAL).

   WHAT MOTIVATE THE RELATIONSHIP, EAGERLY TO SETTLE
WAS, I AGREED TO AVOID, TO ANNOUNCE PUBLIC AWARENESS
AGAINST FIRST TRANSIT @ TO BE UNSAFE, É REQUIRE REGULAR
MAINTENANCE ON ALL BUSES / WRITTEN ORDER BY THE STATE
OR COUNTY. SO $35000 WAS AGREED DOWN FROM $50000.
SARAH ROSAMEND CLAIMS REP SAID, "I WILL START TO PROCEED.

   THE FOLLOWING WEEK ON TUESDAY I RECEIVED A CALL
FROM FIRST GROUP AMERICA @ 817-612-9978, A MESSAGE WAS
LEFT SAYING "SARAH ROSAMEND IS NO LONGER WITH THE COMPANY",
(I'VE SAVED THE RECORDING). THE RECORDS OF MEDICAL COST, COPIES,
THERAPY TREATMENTS, X-RAYS ETC./ FAXES SENT TO THE ATTN. OF
SARAH (AS SHE DESCRIBED) DID NOT GO DIRECTLY TO HER OFFICE
DESK, BUT GOES TO THE MAIL-ROOM / TO SIGN TO RELEASE ANY

CONTINUED,

INCOMING DOCUMENTS.

COMING UP TO SPEED.... TANIA (NEWLY ASSIGNED CLAIMS REP. TO REPLACE SARAH R.), STATED, "MOST ALL THE PAPERS THAT CAME THROUGH TO HER ARE BLANK, THERE ARE ANY NOTE FROM SARAH ABOUT SETTLING MY CASE, <u>NEGOTIATION "ORAL TERMS"</u>."

IN MY (A) CONVERSATION WITH <u>A MEMBER OF GALLAGHER BASSETT</u> SERVICES" ABOUT COPIES, & TRANSFERS TO CLAIMS REPS - THROUGH-OUT THE REIGON, FOR A REPRESENTATIVE TO RECEIVE "BLANK" <u>PAGES IS "VERY UNLIKELY"</u>,/ WOULD BE TURNED INTO VIA - EMAIL AND OR EXPRESS GROUND OR AIR, BUT MOST IS DONE ELECTRONICALLY.

✱ SHE ADDED, <u>GALLAGHER BASSETT SERV. INC. (FIRST GROUP AMERICA)</u> <u>IS A VERY LARGE CORPORATION, WE HAVE A "SEPERATE BLDG" THAT</u> <u>IS DESIGNED TO RECEIVE, SEND, FORWARD EMPLOYEES MAIN...</u>

TANIA, & CHRIS MOYER'S EFFORTS TO REWRITE / THREATEN TO CHANGE, FORCE, & OR DESTORT, - DELAYED PROCESS /OVER OUR "ESTABLISHED SETTLEMENT", - WAS DONE FRAUDULENTLY WITH THE (THEIR) <u>"INTENT TO DEFRAUD"</u> ME THE "VICTIM" IN A "BUS ACCIDENT." ADDING <u>INSULT TO INJURY</u>, & TO DENY HIM (ME) CLAIM UNDER, "CONTRACT LAW" —

✱ TO EXTRACT MONIES FROM THE <u>"AGREED SETTLEMENT,</u> <u>INTERFERING WITH THE OTHER PARTY'S ABILITY TO</u> <u>PERFORM THE TASK OR SATISFY CONTRACTUAL OBLIGATION.</u>

✱✱ <u>A "BREACH OF CONTRACT" IS PRESENT. /"TENDERING</u> <u>NONCONFORMING PERFORMANCE"......</u>

SEE: ATTACHED
P-4

FIRST TRANSIT BUS COMPANY,

FIRST GROUP AMERICA, INSURED BY

GALLAGHER BASSETT SERVICES INC.

2221 E LAMAR BLVD.

#500, ARLINGTON, TX 76006 / 817-612-9978


FIRST GROUP AMERICA

600 VINE STREET

CINCINATI, OH / 513-241-2200


* SETTLEMENT AGREEMENT (SARAH ROSAMOND)
$35,000

PAID AMOUNT    #4,386 - RECEIVED / PAID

CHECK SENT    $13,750.17 (HAS NOT RECEIVED)

BALANCE OWED    $34,446 - BREACH OF CONTRACT

* AMOUNT SUE (ENG) $250,000 U.S.D. (BREACH OF CONTRACT)

DATE: 4-20-2020

SIGNED, VICTIM, BENEFICIARY

P-4

Ninth Circuit Court of Appeals

San Francisco, California,

## GALLAGHER & BASSETT INSURANCE SERVICES

OCTOBER 14, 2019

FIRST TRANSIT
600 VINE STREET,
CINCINNATI, OH.  45202

C/o: GALLAGHER & BASSETT SERVICES,
FROM: Larry L. Moore (VICTIM) PLAINTIFF
RE: 30 DAY DEMAND PAYMENT,
TRUSTEE:  FIRST TRANSIT BUS CO. / DEFENDANT
CLAIM NO. 002456596029AB01

## 30 DAY (THIRTY DAY) DEMAND PAYMENT

   RECENTLY I'VE RECEIVED NOTIFICATION THAT "SARA" PREVIOUS CLAIMS PROCESSOR IS NO LONGER WITH THE COMPANY (UNKNOWN REASON), AND TANYA HAS BEEN ASSIGNED TO / START REVIEWING & PROCESS THE (MY) CLAIM. IN MY TRUE OPINION, THIS IS TO FURTHER DELAY MY CLAIM (THAT WE WERE AT THE POINT OF AGREEING ON A SETTLEMENT), BASED ON A LETTER SENT ON SEPTEMBER 17, 2019.

   ON MAY 1, 2019 I WAS INJURED BY THE BUS OWNED AND OPERATED BY FIRST TRANSIT BUS COMPANY. THE ACCIDENT TOOK PLACE AT THE LONE BUTTE CASINO IN CHANDLER AZ. AFTER SUSTAINING INJURIES, THE DRIVER OF THE BUS 'DROVE-OFF' IGNORING THE ACCIDENT, ( MAY BE CHARGED WITH LEAVING THE SEEN OF THE ACCIDENT ), THE NEXT BUS ARRIVED CALLED IN TO "DISPATCH" TO LOCATE THE BUS-DRIVER & THE BUS INVOLVED. WHILE DRIVING NORTH-BOUND / CALLED IN AND SPOKE WITH SUPERVISING AGENT 'MIGUEL LITTLES' / WHO WAS AWAITING MY ARRIVAL....TO REPORT THE 'ACCIDENT' &  INJURIES MAKE NECCESARY ARRANGEMENTS, AND GAVE ME THE CONTACT INFORMATION TO FIRST TRANSIT.

   I IMMEDIATELY WENT TO THE EMERGENCY ROOM IN PAIN & IN SHOCK BY WHAT HAPPENED. DOCTORS EXAMINED THE INJURY & SAID 'LUCKLY IT WASN'T MORE SEVERE / OR WORSE....HE SAW THE INJURY TO MY SCHINS & KNEE / AND REQUESTED THAT I STAY 'OFF' MY LEG & FOLLOW-UP WITH MY'PRIMARY CARE' FOR THERAPY TREATMENT. PETERSON & JOHNSON REFFERED ME TO S.T.I. FOR THERAPY REHABILITATION /. I SAW A THERAPIST THREE (3) TIMES A WEEK, THEY WORKED SUFFICENT & HARD TO HELP ME RECOVER THROUGH THE 2ND OR 3RD WEEK IN AUGUST 2019......
   ( TANYA - WITH PETERSON & JOHNSON STATED, BECAUSE I MADE CONTACT WITH THE '702' LAW FIRM OUT OF LAS VEGAS NEVADA / A PREVIOUS ACCIDENT LAW-FIRM HELPED IN A PREVIOUS ACCIDENT CASE.....STATED, "PETERSON & JOHNSON SAID YOU 'FIRED' THEM AND NO-LONGER NEEDED THEIR SERVICES / AND NO-LONGER WILL BE HANDLING YOUR CASE" ).... A COLLEAGUE SAID / 'RECORDS SHOW – SUGGEST CONTACTING THE...... (THEIR) "INSURANCE COMPANY" TO RESOLVE & SETTLE MATTERS OR THRU EQUITY / AS THE (YOU'RE THE) EQUITABLE TITLE HOLDER – THRU 'TRUST' / "MOVEMENT FOR RELIEF".

IN MY OFFERED SETTLEMENT OF 35 K, OFFERING TO PAY TAXES & MEDICAL EXPENSES AND ANY 'LEINS' MAY HAVE BEEN GENERATED.....I HAVE BEEN NOTIFIED BY MEDICAL AGENCIES REGARDING BILLS / SAYING, I'M NO-LONGER REPRESENTED BY "PETERSON & JOHNSON".../ KNOWING THIS / THIS......AND NOW 'THIS'...."PUT-OFF AND MORE DELAYED".....THE (MY) AGREEMENT TO SETTLE HAS CHANGED TO 50 K ( FIFTY THOUSAND )...$50,000 U.A.D. / TO SETTLE  OFF - A PRIVATE DEBT BY FIRST TRANSIT BUS CO. - INSURED BY GALLAGHER & BASSETT INSURANCE SERVICES....TO WHOM THIS OFFER IS MADE / IN MY ATTEMPT TO SETTLE THIS MATTER.

 **** THIS IS A DEMAND TO SETTLE THIS MATTER.  IF THIS MATTER RESULTS ANY FURTHER & OR CONTINUING IN DELAYING THIS ACTION. MY POSITION AS THE PLAINTIFF, IF THERE BECOME CONTROVERSY BY THESE FACTS OR CHANGES TO MY OFFER......THE BENEFICIARY OF A TRUST CAN MAINTAIN AN ACTION AT LAW AGAINST THE TRUSTEE AND THE AT LAW (S) AN ADEQUATE REMEDY.

*******BE ADVISED TANYA, THE COMMON LAW COURTS TOOK JURISDICTION OF CASES OF THIS TYPE IN WHICH THERE WAS NO NEED FOR THE EXERCISE OF 'EQUITY' JURISDICTION......IF I (WE) ENFORCE OF A 'TRUST' IN "EQUITY", UNDER COMMON LAW.....

THIS CONTRACT IS ONLY FOR 30 (THIRTY) DAYS......THIS IS THE 3RD NOTIFICATION.........FAILURE TO NOTIFY (ME) & OR SETTLE THIS MATTER, I (WE) WILL BE FORCED TO FILE IN A FEDERAL COURT....MOVEMENT FOR RELIEF, RESULTING TRUST /  IN EQUITY – P.E.T. ( PRIVATE EXPRESS TRUST ) FOR  APPX.  $200,000 U.A.D.

THANK YOU,
Larry L. Moore,
       Plaintiff.


Larry L. Moore (VICTIM)
925 W. BASELINE RD. # 105 R5
TEMPE, AZ.  85283.
480-410-2553,
l55moorexllm@outlook.com

MORE, OVER / RECORDS MADE BY THIS DEPT (ADMINISTRATE)

DPS. = MARICOPA COUNTY, / PROGRESSIVE REPORT.... / TO ALLOW
FILING (MAKE)
MAKE SUCH POOR JUDGEMENT / RACIST "ATTACK" / TARGET (CONTINUES).
INTO THE COURT

"CONCLUSION"                                    BY -SUPER
                                                THE ISSUES

IN THIS (MY) MOTION, MY REQUEST IS THIS | INVESTIGATION
BE MADE PUBLIC - / (REQUEST / THE RELEASE
OF RECORDS" - ITEM (SUPERIOR COURT OF MARICOPA COUNTY
IN THIS CASE TO "PREVENT" - ONGOING DELAYS.
                A FILED
REQUEST ORIGINAL REPORT & BOGUS CHARGES. PRESENTED
TO THE COURT, ALSO THE DECISION(S) MADE BY
(JUDGE COHEN) - HER REASON(S). TO BE HELP - "NOT" -
CREATING - A FUNNEL OF DISMISSING MY CASES,
AVOID THE THE "DISMISSAL"
                FAILURE "STATE MY CASE. -

IN MY TRUE OPINION, THE HONORABLE SOPHIA COHEN JUDGE / RECOGNIZED ME
(IN MY STANDING POSITION) AS THE BENEFICIARY
(STIFF PENALTIES) THIS EQUITABLE TITLE HOLDER ! TO
PREVENT (                ) ANY ANTI-TRUST, VIOLATION). @ THE AGE OF MAJORITY.
REQUEST, THIS MATTER BE DONE \ MADE IN TRUST P.E.T.
(PRIVATE EXPRESS TRUST. ) SYNTAX RESULTING TRUST BE MADE IN
EQUITY BY THE BENEFICIARY. IF THE TRUSTEE IS UNDER DUTY TO
PAY MONEY / THE BENEFICIARY CAN MAINTAIN AN ACTION AT LAW
(COMMON + LAW ACTION OF ACCOUNT) - OTHERWISE THE BENEFICIARY
CAN MAINTAIN AN ACTION                AGAINST THE TRUSTEE TO
ENFORCE (ONLY)   MOVEMENT FOR RELIEF / DAMAGES IN A RESULTING
TRUST, & ALSO BE CHARGED FOR CRIMINAL MISCOND

*1/2*

DIRECT INQUIRIES TO:

    Larry L. Moore ( PLAINTIFF / BENEFICIARY )

    925 W. BASLINE RD. #105 – R5

    TEMPE, AZ. 85283

    480-410-2553

    EQUITABLE TITLE HOLDER ( EXPRESSING TRUST – P.E.T )

*LEGALLY BINDING*

FORWARD TO:

      FIRST TRANSIT BUS COMPANY ( DEFENDANT / TRUSTEE )

      405 N 79TH AVE. / PHOENIX, AIRZONA – 85043

      623-474- 8900

      RE: INJURY CLAIM,   ANTI-TRUST VIOLATIONS


      GALLAGHER BASSETT SERVICES, INC.

      2221 E. LAMAR BLVD., SUITE 500

      ARLINGTON, TX  76006

                                  DATE:  11-30-2019


### "RE:  REQUEST DEMAND ORIGINAL SETTLEMENT AMOUNT"


    IN A 30 DAY DEMAND PAYMENT MADE TO; TRUSTEE, VIOLATED ALL TRUST – DEMANDS MADE BY THE PLAINTIFF ( BENEFICIARY ) UNDER 'EQUITY' & P.E.T. ( PRIVATE EXPRESS TRUST ) LAWS. AS THE EQUITABLE TITLE HOLDER ( BENEFICIARY, IN A RESULTING TRUST / SYNTAX – UNDER COMMON LAW. THE PLAINTIFF BRINGS THE COMPLAINT TO; FIRST TRANSIT BUS COMPANY / FAILING / REFUSING TO A SCHEDULED SETTLEMENT BY THE CLAIMS REPRESENTATIVE 'SARA' ….( WHO IS NO-LONGER WITH THE GALLAGHER ORGANIZATION ) GALLAGHER BASSETT SERVICES INC.

    AFTER SENDING A "CERTIFIED" NOTIFICATION ( SIGNED BY THE MAIL-ROOM CLERK ) FOR GALLAGHER BASSETT C/O OF SARA….REQUESTING ( AGREEING & ACCEPTING RESPONSIBILITY ). A VOICEMAIL ( SEPT 28TH - THRU OCTOBER 2ND ) SAYING SARA IS NO-LONGER WITH GALLAGHER BASSET SERVICES INC.

    ON OR ABOUT THE 4TH OR 5TH OF OCTOBER OF 2019 / TANIA ( TANYA ) OUT OF PA. / SAYS – STATING SHE IS THE 'NEW' CLAIMS OFFICER & WILL BE HANDLING MY CASE, SUPERVISED BY CHRISTI MOYER. ****BECAUSE OF HER ( CHRISTI M. ) LACK OF PROFESSIONALISM, HOSTILITY, RUDENESS, CAUSING ( ADDING STRESS & ONGOING CONTROVERSY TO THE (ME) THE INJURED VICTIM & CREDITORS ) QUESTIONING, DELAYING PAYING BILLS, WE QUESTION HER QUALIFICATIONS, IN HER POSITION WITH THIS CORPORATION & HER 'OATH' TO SETTLE IN A FAIR & DECENT MANNER, / WAS ABSENT. SHE ONLY BROUGHT 'CHAOS'…. ALSO TO TANIA ( TANYA ) CLAIM REP.



( IN MY OPINION ) HAS WORKED DILIGENTLY / HANDED OVER AN INCOMPLETE 'CLAIM' & FORMS TO SETTLE & STATED " MR. MOORE, I'M TRYING TO EXPIDITE & COMPLETE YOUR CLAIM"...... - ADDING INSULT TO INJURY – IN THIS THIS FEDERAL LAWFUL CASE MATTER......

CHRITI MOYER –
 # 1 HAS DENIED TO SETTLEMENT FUNDS & ACCEPT RESPONSIBILITY BROUGHT BY SARA.
DENIED FUNDS TO BE TRANFERRED THRU 'WIRE TRANFER'...& AND OR TO BE DEPOSITED TO "FIDELITY MANAGEMENT ACCT." ( ELECTRONICALLY ) & OR TO BE CERTIFIED OR A CASHIERS CHECK.

# 2 ISSUED A PAPER CHECK....THRU 'CITI' BANK  ( KNOW-ING THERE IS NO-CITI BANKS IN ARIZONA ) ONLY A.T.M.'S

# 3  MADE THE DELIVERY ...NEXT DAY..."BUT" MADE THE CHE OF A 'LESSER' AMOUNT...... THAN ORIGINAL CONTRACT ( SIGNED) AGREEMENT OF 20,000 U.A.D.

# 4  AFTER RECEIVING THE PAPER CHECK ISSUED ( DATED 11 / 21 / 19 THERE WAS DESCREPENCY – PROBLEMS ON MY / OUIR –END WITH THE DEPOSIT OF $13,750.71 ( BY THIRD PARTY ) ON 11/23/19....ON 11/24/19 ( SUNDAY ) I LEFT MESSAGE TO TANYA TO & CHRIS TO "STOP-PAYMENT" ON THE CHECK, & ON MONDAY THE 25TH ....TO STOP PAYMENT ON THE CHECK # 0156531292 / CLAIM # 002456-596029-AB-01.....VN # 0007890915 - / THIS CAME SHORTLY AFTER THE (A) STRONG REQUEST BY 'NAVY CREDIT REP' ( HIGHLAND & 20TH STREET – PHOENIX )....STATING IN FURTHER REVIEW OF THE (THIS) ACCT. UNDER SAMUEL DILLION III / SAYING " I WOULD STOP-PAYMENT – CONTACT CHANDLER POLICE DEPT. / OND OR CONTACT A ATTY" ( BECAUSE IT WAS SIGNED-OOVER & NOT MY ACCT. I CANNOT DISCLOSE ANY-MORE INFORMATION )....
    THERE WAS NO POSITIVE RESULTS, SAMUEL'S WIFE REQUESTED  THAT I STOP PAYMENT.  CHRISTI MOYER PLAINLY DENIED MY REQUEST / SAYING...."AFTER A DEPOSIT IS MADE WER (I) CANNOT & WILL-NOT REQUEST A STOP-PAYMENT ( ON HER OWN ACCORD )......( CHECK WAS-NOT DEPOSITED UNTIL-11/25/ 19....
....I REQUESTED TO SPEAK WITH HER SUPERIOR "KEVIN".....HER BOSS...SHE DENIED & OR REFUSED TO TRANFER ME SPEAK & OR MAKE THE REQUEST TO "STOP THE (A) IMMEDIATE STOP-PAYMENT )...CHRISTI MOYER DENIED & OR THRU RELAYED OPINION...DENIED 'AGAIN' OU REQUEST....

#5 ...NOW A POLICE – REPORT HAS BEEN MADE OF "POTENTIAL FRAUD" ( REPORT # 19-143861 BY OFFICER JONAS BDG # 674 OF THE CHANDLER POLICE DEPT. DONE ON 11-29-19 )...... NAVY SECURITIES HAS ISSUED 'DECLARATION ON 11/29/19 FORGERY / FRAUD DIVISION.....ALERT ACT # 11114909.... TRANSACTION # 01565312925....AMOUNT $13,750.71

    FURTHER, GM OF THE BRANCH – 3675 W. CHANDLER BLVD CHANDLER, AZ. .....SAYING THE CHECK WAS NOT CASHED UNTIL 11-26-19 ( TUESDAY )...

    BECAUSE OF THE "ONGOING DELAYS" & INTENTIONAL VIOLATIONS – AGAINST THE (ME) INJURED VICTIM & BENEFICIARY.....ADDING MORE SUFFERING .....I (WE) SEEK THE ORGINA AMOUNT OF $35,000... TO THE "FIRST TRANSIT BUS COMPANY & THE ENQUIRE GALLAGHER BASSETT SERVICES, INC. C/O KEVIN ....SR. CLAIM REPRESENTATIVE.....

******* IN A FEW WORDS....."CHRISTI MOYER BROUGHT "PURE – HELL" TO ME (THE VICTIM) & TO ALL CREDITORS THAT CAME TO ASSIST & AID & SUPPORT ME....AND TO HEAL  MY LAND.......

SIGNED, Larry L. Moore - VICTIM /  Beneficiary, Plaintiff

UNITED STATES DISTRICT COURT

FOR THE

STATE OF ARIZONA

LARRY L. MOORE,
BENEFICIARY - PLAINTIFF,

CAUSE NO. N/A

v.

FIRST TRANSIT BUS CO.,
FIRST GROUP AMERICA ETAL,
TRUSTEE, DEFENDANT,

BREACH OF CONTRACT
RECOVERY ALL DAMAGES
UNJUSTIFIABLE PERFORMANCE,

## BREACH OF CONTRACT
### (UNJUSTIFIABLE PERFORMANCE),

, TO AVOID MORE STRESS & AGGRIVATION, SUFFERING TO THE VICTIMS AFTER AN INJURY, FUNDAMENTAL BREACH OF CONTRACT. A FUNDAMENTAL BREACH OF CONTRACT CONSTIEUS A PARTY'S INABILITY TO PERFORM IS A "BREACH OF CONTRACT" THAT PERMITS THE AGGRIEVED PARTY TO TERMINATE PERFORM OF THE FORMULATED CONTRACT, IN THESE SCENARIOUS, THE NON BREACHING PARTY IS ENTITLED TO SUE THE BREACHING PARTY FOR DAMAGES (INJURIES) SUSTAINED. "UNJUSTIFIABLE PERFORMANCE ....."

PAYMENT OF SUCH A CLAIM "SHALL-NOT" FORECLOSE A CLAIMANT'S RIGHT TO RECOVERY OF ALL DAMAGES TO WHICH THE CLAIMANT ~~XXXXXXXXXXXXXXXXXXXXXXX~~ OTHERWISE IS ENTITLED UNDER THIS ACT OR UNDER ANY OTHER LAW. / A BREACH OF CONTRACT

1/6

OCCURS WHEN A PARTY, WHO AGREED TO FORMULATE A CONTRA-
CTUAL OBLIGATION WITH ANOTHER PARTY, DOES NOT CARRY-OUT
THE INTENDED FUNCTION OF THAT CONTRACT, (INTEND FUNCTION
IN THE CASE, AWARD é COMPENSATE THE VICTIM - HIS OR HER
LOSSES). AS A RESULT, A _BREACH OF CONTRACT IS A LEGAL_
_CAUSE OF ACTION_ WHERE THE _BINDING AGREEMENT_ LATENT/CONTRACT.

FIRST TRANSIT WHO HAS "NOT ONLY" HAS VIOLATED IN
THE ~~NEGOTIATIONS~~ NEGOTIATIONS ACT: _ORAL TERMS_ IN THE "COURSE
OF PERFORMANCE / _ANTICIPATORY REPUDIATION_ (UNJUSTI-
FIABLE PERFORMANCE) - NON PERFORMANCE, _CANNOT_ CON-
-~~TRADICT~~ (FINAL WRITING). THE "CHARGE" IS: "TENDER-
ING _NON CONFORMING PERFORMANCE_, THE NON-BREACHING
PARTY IS _ENTITLED TO_ "SUE" THE BREACHING PARTY FOR
DAMAGES SUSTAINED.

FIRST TRANSIT / FIRST AMERICA / GALLAGHER BASSETT
SERVICES, INC. (NATIONAL UNION FIRE INS. CO. / PITTSBURGH).
CLAIM NO. 002456596029-RB-01 (SEE: ATTACHED COPY). REMEMBER,
AS THE VICTIM' IN _A SERIOUS BUS ACCIDENT_ / SUFFERED,
(UNDER THE LAW), TO DENY HIM(ME) CLAIM SETTLEMENT WITH
PREVIOUS CLAIM'S REP. ~~SARAH ROSAMEND~~ WAS ESTABLISHED,
NEGOTIATED 'ORAL TERMS.'

NATIONAL UNION FIRE INSURANCE COMPANY FORWARDED /
SENT A CHECK FOR $13750.17 (A PARTIAL PAYMENT,) PART
OF THEIR 'DECEPTION,' DECIDED BY TANIA (TONYA) MINISCI
AND COLLEAGUE ~~CHRISTI~~ MOYER' / REPRESENTING GALLAGHER
BASSETT SERV. (WE, é) _QUESTION_ THEIR / QUALIFICATIONS é

NEEDS THE REVIEW OF THIS ADMINISTRATION / BY THE (THIS) CORP ORATION / AS PART OF BEING / REPRESENTING GALLAGHER BASSETT SERVICES, INC.). "UNJUSTIFIABLE PERFORMANCE"......

* "PAYMENT OF SUCH A CLAIM "SHALL-NOT" FORECLOSE A CLAIMENT'S RIGHT TO RECOVERY OF ALL DAMAGES TO WHICH THE CLAIMANT OTHERWISE IS ENTITLED UNDER THIS ACT OR UNDER ANY OTHER LAW...... / THE INTENT FUNCTION IN THIS CASE, (WAS) IS-TO AWARD, COMPENSATE AND SUPPORT THE VICTIM. / THE INTENTIONS OF TONYA M. AND CHRIS M. WAS TO DEFRAUD, EXTRACT, STEAL MONIES FROM ME THE "VICTIM" IN A BUS ACCIDENT MAY 1.st 2019. / A LIGHT OF SUSPICION-CAME-ON !

WHEN I MADE THE SIMPLE ® REQUEST / THAT THE DEPOSIT I MADE, WAS DONE (MADE) INADVERTAINLY DONE IN ERROR / REQUEST (BY THE MAKER) TO "STOP PAYMENT" ON THE CHECK SENT FOR #13750.17 (CHECK NO. 0156531292 / DATED 11/21/19 — CLAIM# 002456- 596029-AB-01). TONYA & CHRIST MOYER, MAKERS OF CHECK, FOR "WHATEVER REASON"- REFUSED TO STOP PAYMENT OF THE MADE CHECK WITH MY NAME ON IT / MADE OFF BANK (CITI BANK-CALIFORNIA). THE CHECK WAS INADVERTAINLY "DONE IN ERROR" / DEPOSITED MADE 11/23/2019 (SATURDAY). I MADE THE PHONE-CALL ON 11/24/19 - SUNDAY / LEFT MSSG. I MADE / PLACED A CALL ON MONDAY- 11/25/2019. SPOKE WITH TONYA MONISCE, CLAIMS

REPRESENTATIVE, & CHRIS MOYER (SENIOR CLAIMS REP.) / OF NO
CONCERN AND RUDENESS, & DISCRIMINATION STATED,
"THAT'S NOT MY PROBLEM, WHEN (A) (A CHECK) A DEPSIT
IS MADE INTO OUR BANK - WE CAN'T STOP PAYMENT."
I SAID, "THE CHECK, (MY CHECK) WAS NOT "DEPOSITED" IN
YOUR BANK, - IT "WAS" (IN) DEPOSITED INTO NAVY FED-
ERAL CREDIT UNION ON NOVEMBER 23,RD IN CHANDLER,
ARIZ. / HAS NOT BEEN CASHED. !!! - AND I SAID, "IT
WILL JUST CAUSE HEADACHE, & TIME..... / SHE SAID,
"WHATEVER THE REASON / I'M NOT GONNA STOP PAYMENT"
AND YOU SHOULD BE MORE CAREFUL"! - THE CHECK
WAS - NOT PROCESSED (UNTIL) THE MORNING OF THE 26TH
DAY OF NOVEMBER "2019..... / (I FILED A COMPLAINT / CHRIS M.).

MY REQUEST WAS ONLY TO "STOP PYMNT" ON CHECK
NUMBER 0156531392, NOT TO ISSUE ANOTHER. I MADE NO
OTHER REQUEST / NOR DID I COMPLAIN ABOUT THE / PARTIAL
PAYMNT. / FURTHERMORE, ANOTHER CHECK WAS SENT TO ME
DATED 11/26/2019 FOR # ¥386.16 / WHEN I MADE THAT
REQUEST TO "STOP PAYMENT" TO TONYA M. - (I MISS-PLACED
THAT CHECK) - SHE "GRANTED" MY REQUEST / ISSUED, / I
RECEIVED THE "CHECK" THE NEXT DAY". FOR # ¥386.16.
* TILL THIS DATE, THE CHECK FOR #13758.17 / I HAVE
NOT RECEIVED / WENT - INTO / "REMAIN" INTO THE (A)
SAVINGS ACCT (NAVY FEDERAL CREDIT UNION), A FROZEN ACCT

4/6

CONTINUED,

BECAUSE "CHRISTI MOYER CLAIM REP." (GALLAGHER BASSETT SERV. INC.)
REFUSING / DENYED TO STOP PAYMENT AT MY REQUEST. BE-
CAUSE CHRISTI MOYER / IN THE "ATTEMPT" TO FORCE SETTLE
MY CLAIM (SEE: ATTACHED), SAYING, "AS YOU ARE 'AWARE' WE
HAVE RESOLVED YOUR CLAIM". / WITH THE ATTEMPT & THE INTENT
TO DEFRAUD MY CLAIM, BY "SCHEMING" TO CONTRADICT "/FINAL
WRITING BETWEEN SARAH R. & MYSELF. SEE: ATTACHED COPY
DATED 11/30/2019, (DEMANDING 'ORIGINAL' SETTLMENT AMOUNT).

   UNDER EQUITY (EQUITABLE POWERS) IN THE ORDER OF LAW
IN EQUITY. SO, WHERE DOES A PRIVATE EXPRESS TRUST UNDER
COMMON LAW FIT(S) INTO THE ~~————~~ HIERARCHY
OF POWERS. THE CONDITIONS WERE LIFE THREATING, / AND
AS I STATED TO TONYA M. CLAIM REP. / THE PAIN FROM THE
BUS ACCIDENT IS RETURNING / BECAUSE OF ALL THIS STRESS.
I HAVE VISTED THE EMERGENCY ROOM @ LEAST FIVE (5) TIMES.
   ✱ THE (THEIR) INTENT, WAS TO THREATEN / PRESSURE, AND BY
DENYING TO "STOP PAYMENT" / AT MY REQUEST & REFUSING TO
SETTLE THE (MY) ORIGINAL AGREED NEGOCIATION ADDED MORE
PRESSURE... IN FACT, #13750.⁰⁰ AND #4386. IS "NOT EVEN"
CLOSE TO $20,000, IN WHERE 'THEY HAVE' RESOLVED / FOR THEM-
SELVES & NOT FOR ME OR MY FAMILY. / $13750.⁰⁰ REMAINS IN
SAMUEL DENNISON'S SAVINGS ACCT. (NAVY FEDERAL CREDIT UNION).
✱ IN WHICH "ALL" / VERY EASILY SETTLED .... W/O LYING ABOUT.
PAPERS WERE BLANK, ② REFUSING TO SETTLE @ SARAH'S ORAL TERMS OF
#35K. ③ HONOR / GRANT MY REQUEST TO STOP PAYMENT (IN WHICH I WARNED YOU)
④ AVOIDED TO CREATE, & OR FORCE PRESSURE SPLITTING UP PAYMENTS / ALSO
SAYING, "THAT I AM (WAS) AWARE OF 'WE'-RESOLVED MY CLAIM! 
— WE MOVE, IN SYNTAX (RESULTING TRUST) IN EQUITY — UNDER

FIRST TRANSIT BUS COMPANY, FIRS GROUP AMERICA.

INSURED BY GALLAGHER BASSETT

2221 E LAMAR BLVD.
#500, ARLINGTON, TX 76006. / 817-612-9978


FIRST TRANSIT BUS COMPANY.

FIRST GROUP AMERICA

600 VINE STREET

CINCINATTI, OH   / 513-241-2200



* SETTLEMENT AMOUNT AGREED  #35,000

   PAID AMOUNT    # 4,684.— RECEIVED / PAID

   CHECK SENT.   #13,750.$^{7}$ - NOT RECEIVED

   BALANCE OWED. #34,446 - BREACH of CONTRACT

* AMOUNT SUED FOR: #250,000 (U.A.D.).


   ⨍- 7- 2020
   DATE;                              SIGNED, VICTIM

COMMON LAW JURISDICTION, AND UNDER "UNFAIR CONTRACTS TERMS ACT 1977" AND THE "CONSUMER RIGHTS ACT 2015." WE MUST INCLUDE "U.C.T.A. OF SINGAPORE." / (UCTA IS A BODY OF LAW / TO PROTECT CONSUMERS WHO MAY BE PREJUDICED BY THE WEAKER BARGAINING POSITIONS.). FIRST AMERICA / GALLAGHER BASSET SERV. INC. (FIRST TRANSIT) ARE LIABLE FOR UNFAIR TREATMENT / BREACH W/ THE INTENT TO FORCE "SUFFERANCE" ON THE VICTIM.

* — SUE FOR THE SUM OF THE ORIGINAL AGREEMENT OF $35,000 & $50,000 TO BE AWARDED TO THE VICTIM AND HIS FAMILY — TENDERING NON CONFORMING PERFORMANCE.

4-20-2020
DATE

VICTIM / BENEFICIARY

6/6

Continued.

INCOMING DOCUMENTS.

COMING UP TO SPEED.... TANIA (NEWLY ASSIGNED CLAIMS REP. TO REPLACE SARAH R.), STATED, "MOST ALL THE PAPERS THAT CAME THROUGH TO HER ARE BLANK, THERE ARE ANY NOTE FROM SARAH ABOUT SETTLING MY CASE, NEGOTIATION "ORAL TERMS"."

IN MY (A) CONVERSATION WITH A MEMBER OF GALLAGHER BASSETT SERVICES" ABOUT COPIES, & TRANSFERS TO CLAIMS REPS - THROUGHOUT THE REIGON," FOR A REPRESENTATIVE TO RECEIVE "BLANK" PAGES IS "VERY UNLIKELY"; / WOULD BE TURNED INTO VIA-EMAIL AND OR EXPRESS GROUND OR AIR, BUT MOST IS DONE ELECTRONICALLY.

* SHE ADDED, GALLAGHER BASSETT SERV. INC. (FIRST GROUP AMERICA) IS A VERY LARGE CORPORATION, WE HAVE A "SEPERATE BLDG" THAT IS DESIGNED TO RECEIVE, SEND, FORWARD EMPLOYEES MATH...

TANIA, & CHRIS MOYER'S EFFORTS TO REWRITE / THREATEN TO CHANGE, FORCE, & OR DESTORT, - DELAYED PROCESS /OVER OUR "ESTABLISHED SETTLEMENT," - WAS DONE FRAUDULENTLY WITH THE (THEIR) "INTENT TO DEFRAUD" ME THE "VICTIM" IN A "BUS ACCIDENT." ADDING INSULT TO INJURY, & TO DENY HIM (ME) CLAIM UNDER, "CONTRACT LAW" —

* TO EXTRACT MONIES FROM THE "AGREED SETTLEMENT, INTERFERING WITH THE OTHER PARTY'S ABILITY TO PERFORM THE TASK OR SATISFY CONTRACTUAL OBLIGATION.

* * "A BREACH OF CONTRACT" IS PRESENT. / "TENDERING NONCONFORMING PERFORMANCE".....

3/3



**First America**

November 26, 2019

Mr. Larry Moore
925 W Baseline Road
Suite 105R5
Tempe, AZ  85283

| | | |
|---|---|---|
| RE: | Principal: | National Union Fire Insurance Co of Pittsburgh, PA |
| | Insured: | First Transit |
| | Claimant: | Larry Moore |
| | Date of Loss: | 05/01/2019 |
| | Claim No.: | 002456596029-AB-01 |

Dear Mr. Moore:

Gallagher Bassett Services, Inc. represents National Union Fire Insurance Co of Pittsburgh, PA who insures First Transit under a policy applicable to the above-captioned incident.

As you are aware we have resolved your claim in the amount of $20,000.00, inclusive of any and all medical liens. On November 21, 2019, I overnighted a check to the above address in the amount of $13,750.71, and the additional monies were going to pay for the medical bills that I had on file ($2470.59 to Banner and $3779. to STI), which were paid by medicare.

I have been in contact with medicare on this matter and they have agreed to resolve your medicare lien in the amount of $1863.13. This check has been sent out to Equian for full and final settlement of the medicare lien. Since we were able to negotiate the medical bills with medicare, there is a remaining balance that will be sent to you in the amount of $4386.16. I have also sent this check out today to the above address.

This now concludes this matter. If you have any further questions, please feel free to call or email.

Sincerely,
Tonya Minisci
Senior Resolution Manager
Tonya_minisci@gbtpa.com
717-610-3493

